PEOPLE v STRONG. (Docket No. 60054.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Michael R. Mueller,* Assistant Prosecuting Attorney, Director, Prosecutor's Repeat Offenders Bureau, and *Larry L. Roberts,* Assistant Prosecuting Attorney, for the

people. *Edwards & Edwards* for defendant-appellant. Reported at 404 Mich 357.

MARCH 9, 1979

MARCH 12, 1979

PEOPLE v PEARSON. (Docket No. 57147.) Rehearing denied. *Carl Ziemba* for defendants-appellants. Reported at 404 Mich 698.